# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

LUKENSON DORDOLLE,

      Plaintiff,

v.                                Case No. 8:25-cv-2022-TPB-AAS

ATLANTIC BAY MORTGAGE
GROUP, LLC,

      Defendant.

_____/

## ORDER DISMISSING CASE AS FRIVOLOUS

This matter is before the Court on Plaintiff Lukenson Dordolle's complaint, filed on July 31, 2025. (Doc. 1). After review of the complaint, court file, and record, the Court finds as follows:

Plaintiff's complaint is incomprehensible and replete with "the legal-sounding but meaningless verbiage commonly used by adherents to the so-called sovereign citizen movement." *See Sealey v. Branch Banking and Trust Co.*, No. 2:17cv785-MHT-SMD, 2019 WL 1434065, at *2 (M.D. Ala. Feb. 21, 2019). The arguments and legal theories espoused by sovereign citizens have been consistently rejected as "utterly frivolous, patently ludicrous, and a waste of . . . the court's time, which is being paid by hard-earned tax dollars." *See Young v. PNC Bank, N.A.*, No. 3:16cv298/RV/EMT, 2018 WL 1251920, at *2 (N.D. Fla. Mar. 12, 2018) (citing *Roach v. Arrisi*, No. 8:15-cv-2547-T-33AEP, 2016 WL 8943290, at *2 (M.D. Fla. Jan. 7,

2016)).   This case is patently frivolous and due to be dismissed, without leave to amend.

**Plaintiff is warned that if he continues to file frivolous cases of this nature in this Court, he may be subject to sanctions pursuant to Federal Rule of Civil Procedure 11(c), including monetary sanctions or injunctive relief directing the Clerk to not accept future filings by Plaintiff without first obtaining prior leave of the Court.**

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. Plaintiff Lukenson Dordolle's complaint (Doc. 1) is **DISMISSED AS FRIVOLOUS**, without leave to amend.

2. The Clerk of Court is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this 5th day of August, 2025.

_____

TOM BARBER
UNITED STATES DISTRICT JUDGE